1  REBECCA L. MASTRANGELO, ESQ.
   Nevada Bar No. 5417
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   300 South Fourth Street, Suite 710
3  Las Vegas, Nevada 89101
   Phone (702) 383-3400
4  Fax (702) 384-1460
   Attorneys for Defendant
5  COUNTRY PREFERRED INSURANCE COMPANY

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8  JOCELYN SANTOS,                    )
                                      )
9          Plaintiff,                 )
                                      )   CASE NO. 2:10-cv-01637
10 vs.                                )
                                      )
11 COUNTRY PREFERRED INSURANCE        )
   COMPANY, and DOES I - V and ROES   )
12 VI - X, inclusive,                 )
                                      )
13         Defendants.                )
                                      )

14

15

16      **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

17

18      IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto,

19 through their respective counsel of record, that the above-entitled matter be dismissed, with

20 prejudice,

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  ///
2  each party to bear its own costs and attorney's fees.
3      DATED this ___1st___ day of ___June___, 2011.
4  Rogers, Mastrangelo, Carvalho & Mitchell     Sbaih & Associates

6  Rebecca L. Mastrangelo, Esq.              Jesse M. Sbaih, Esq.
   Nevada Bar No. 005417                  Nevada Bar No. 007898
7  300 South Fourth Street, #710         170 S. Green Valley Parkway, Suite 280
   Las Vegas, Nevada 89101              Henderson, Nevada 89012
8  Attorney for Defendant                   Attorney for Plaintiff

11  IT IS SO ORDERED:

13  _____
    U.S. DISTRICT JUDGE
14  DATED:    June 6, 2011